IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| VERNA ALLEN LIGHTFOOT | § | JUDGE:  ROBERT R. SUMMERHAYS |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 6:22-CV-05921 |
| | § | |
| DOVER BAY SPECIALTY INSURANCE COMPANY | § | |
| | § | |
| | § | MAGISTRATE JUDGE:  DAVID J. AYO |
| Defendant | § | |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

On this day, PLAINTIFF, Verna Allen Lightfoot, served her Initial Disclosures pursuant to the Federal Rule of Civil Procedure 26(a)(1) to Defendant in the above-referenced cause of action.

        Respectfully Submitted,

        THE BRASHER LAW FIRM, PLLC

By:   */s/ Nishi Kothari*
        Clint Brasher, Trial Attorney
        Louisiana Bar No. 29540
        Joe Muckleroy
        Louisiana Bar No. 30935
        Nishi Kothari
        Louisiana Bar No. 39655
        1122 Orleans Street
        Beaumont, Texas 77701
        Telephone:  (409) 832-3737
        Facsimile:  (409) 832-3838
        clint@brasherattorney.com
        joe@brasherattorney.com
        nishi@brasherattorney.com
        *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of February, 2023 a copy of the foregoing has been served upon all counsel of record, as indicated below:

Meaghan Jeansonne Norris
Strauss Massey Dinneen, LLC
935 Gravier Street, Suite 1250
New Orleans, Louisiana

                                                                                                          /s/ Nishi Kothari
                                                                                                          Nishi Kothari